In this court it was held that inasmuch as the trial of the claim suit was had in the justice of the peace court, without objection, it was shown that the bond was treated as approved, and the appellants were, therefore, precluded from objecting to the jurisdiction of the court for want of a claim bond.

The judgment is affirmed.

Opinion by SHARPE, J.

---

# Bradley *v.* Southern Home Building & Loan Association.

APPEAL from the Chancery Court of Pike.
Heard before the Hon. WILLIAM L. PARKS.

GUNTER & GUNTER and M. N. CARLISLE, for appellant.

CABANISS & WEAKLEY and E. R. BRANNEN, for appellee.

The bill in this case was originally filed by the appellant against the appellee, seeking to rescind a certain contract and mortgage made by the complainant to the defendant building and loan association.

The appeal was prosecuted from a decree dismissing the bill for the want of equity.

The decree is affirmed on the authority of *Bell v. Southern Home B. & L. Association, infra,* p. 371.

Opinion by SHARPE, J.

---

# Hardeman *v.* Gaston.

APPEAL from the Circuit Court of Montgomery.
Tried before the Hon. JOHN G. WINTER.

No counsel marked as appearing for appellee.

JOHN G. FINLEY and W. M. BLAKEY, for appellee.

The judgment in this case is affirmed on motion of appellee.

Opinion PER CURIAM.